# EXHIBIT A
Presto 6-quart Programmable Pressure
Cooker Owner's Manual

# PRESTO®

*6-quart programmable*

# Electric
# Pressure Cooker Plus

**Estas instrucciones también están disponibles en español.**
Para obtener una copia impresa:
• Descargue en formato PDF en www.GoPresto.com/espanol.
• Envíe un correo electrónico a contact@GoPresto.com.
• Llame al 1-800-877-0441, oprima 2 y deje un mensaje.



**Intertek**

Visit us on the web at www.GoPresto.com

For a helpful
**HOW-TO video,**
visit
*www.GoPresto.com/how*
or scan this
QR code.

# INSTRUCTIONS AND RECIPES

©2018 National Presto Industries, Inc.                    Form 76-382D

This is an ⒺⓉⓁ Listed appliance. The following important safeguards are recommended by most portable appliance manufacturers.

# IMPORTANT SAFEGUARDS

To reduce the risk of personal injury or property damage, basic safety precautions should always be followed, including the following:

1. Read all instructions. Improper use may result in bodily injury or property damage.

2. Before each use, check both the vent pipe (see Fig. A, page 3) and vent filter (see Fig. C, page 3) to be certain they are free of any blockage. Remove the filter and clean any debris from both the vent pipe and filter (see cleaning instructions on page 7).

3. Always check the air vent/cover lock to be sure it moves freely before use.

4. To protect against electrical shock, do not immerse cord, plug, or cooker body in water or other liquid.

5. Always attach plug to appliance first, then plug cord into the wall outlet. To disconnect, press *CANCEL* once, then remove plug from wall outlet.

6. Unplug cord from unit and outlet when not in use and before cleaning. Allow unit to cool before putting on or taking off parts and before cleaning.

7. Do not operate any appliance with a damaged cord or plug or in the event the appliance malfunctions or has been damaged in any manner. Return the appliance to the Presto Factory Service Department for examination, repair, or electrical or mechanical adjustment.

8. Do not let cord hang over edge of table or counter or touch hot surfaces.

9. To guard against electrical shock, cook only in the removable cooking pot provided.

10. The use of accessory attachments not recommended by the appliance manufacturer may cause injuries. Use only genuine Presto™ accessories and replacement parts.

11. Do not place on or near a hot gas or electric burner or in a heated oven.

12. Do not fill above the ⅔ fill line. However, the cooking pot should never be filled above the ½ fill line when cooking foods that foam, froth, or expand, such as rice, grains, dry beans, peas, and lentils, or foods that are mostly liquids, such as soups. Over-filling may cause a risk of blocking the vent pipe and developing excess pressure. See food preparation instructions.

13. Do not pressure cook applesauce, cranberries, rhubarb, cereals, pasta, split peas, and dried soup mixes. These foods tend to foam, froth, and sputter and may block the vent pipe, vent filter, and air vent/cover lock.

14. This appliance cooks under pressure. Improper use may result in scalding injury. Make certain pressure cooker is properly closed before operating. See "How to Use" instructions.

15. Do not attempt to open pressure cooker until all internal pressure has been released, the air vent/cover lock has dropped, and no steam escapes when the quick pressure release valve is rotated to the *STEAM OUT* position. The cover should open as easily as it closed. If the cover is difficult to open, the instructions have not been followed correctly (air vent/cover lock is still up) and the cooker may still be pressurized. Any pressure in the cooker can be hazardous. Never force open the cover of any pressure cooker. See "How to Use for Pressure Cooking" instructions.

16. Extreme caution must be used when moving a pressure cooker containing hot liquids. Do not touch hot surfaces. Always use appliance handles.

17. To ensure safe operation and satisfactory performance, replace the sealing ring if it shrinks, becomes hard, deformed, cracked, or torn. Use only genuine Presto™ replacement parts.

18. Close supervision is necessary when the pressure cooker is used near children. It is not recommended that children use the pressure cooker.

19. Do not use this appliance for other than intended use.

20. Do not use this appliance for deep fat frying.

21. Do not use outdoors.

# SAVE THESE INSTRUCTIONS
### THIS APPLIANCE IS FOR HOUSEHOLD USE ONLY.

## IMPORTANT CORD INFORMATION

To reduce the risk of electric shock, this appliance has a 3-prong grounded plug. If the plug on this appliance does not fit into your outlet, contact a qualified electrician. Do not attempt to modify the plug in any way.

A short detachable power supply cord is provided to reduce the risk resulting from becoming entangled in or tripping over a longer cord. **DO NOT USE WITH AN EXTENSION CORD.**

Connect the power supply cord to a 120VAC electrical outlet only.

## INTRODUCTION

With your new Presto® Electric Pressure Cooker Plus, you'll discover how fast and easy it is to prepare a wide variety of delicious meals. There are 12 preset cooking programs for the most popular foods, or you can manually program the cooker. You need only select the desired program and cooking time, and the pressure cooker automatically does the rest.

There are 8 built-in safety features, including a cover locking system that allows pressure to build only when the cover is closed. It also prevents the cover from being opened until pressure is safely reduced.

The pressure cooker preserves flavors and nutrients, tenderizes less expensive cuts of meat, and is faster than ordinary cooking methods. A rack is included for cooking several foods at the same time with no intermingling of flavors, colors, or odors.

This appliance can also be used to brown, sauté, and slow cook foods.

## TABLE OF CONTENTS

**Important Safeguards** . . . . . . . . . . . . . . . . . 1

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . 2

**Cooker Parts** . . . . . . . . . . . . . . . . . . . . . . . . 3

**Before First Use** . . . . . . . . . . . . . . . . . . . . . . 3

**Important Information** . . . . . . . . . . . . . . . . . . 4

**How to Operate the Digital Control Panel** . . . . . 5

**How to Use for Pressure Cooking** . . . . . . . . . . . 6

**Pressure Release Methods** . . . . . . . . . . . . . . . 7

**How to Use for Slow Cooking** . . . . . . . . . . . . . 7

**Cleaning** . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**Care and Maintenance** . . . . . . . . . . . . . . . . . . 8

**Helpful Hints** . . . . . . . . . . . . . . . . . . . . . . . . 8

**Questions and Answers** . . . . . . . . . . . . . . . . . 9

**Pressure Cooking Recipes**

    **Soups and Stews** . . . . . . . . . . . . . . . . . . . 10

    **Fish and Seafood** . . . . . . . . . . . . . . . . . . . 12

    **Meat and Poultry** . . . . . . . . . . . . . . . . . . . 13

    **Vegetables** . . . . . . . . . . . . . . . . . . . . . . . 16

    **Dry Beans, Peas, and Lentils** . . . . . . . . . . . 18

    **Grains** . . . . . . . . . . . . . . . . . . . . . . . . . . 20

    **Desserts** . . . . . . . . . . . . . . . . . . . . . . . . . 21

**Slow Cooking Recipes** . . . . . . . . . . . . . . . . . . 22

**Recipe Index** . . . . . . . . . . . . . . . . . . . . . . . . 23

**Consumer Service Information** . . . . . . . . . . . . 24

**Warranty** . . . . . . . . . . . . . . . . . . . . . . . . . . 24

## BEFORE FIRST USE

As received, your pressure cooker will be fully assembled. Following the instructions, disassemble the unit so you can thoroughly clean it, remove any manufacturing lubricants, and become familiar with the various parts before initial use.

1. Remove the cover. Grasp the cover handle and rotate the cover counterclockwise until the *INSTALL/REMOVE* vertical mark is within the ⊔ mark on the cooker body (Fig. B). Then lift the cover straight up off the cooker body.



Invert the cover and place it on the counter. Using the grip pin, pull the sealing ring plate out from the cover (Fig. C). Remove the sealing ring from the sealing ring plate.

With the sealing ring plate detached from the cover, you have access to the vent filter and vent pipe.

Next, remove the vent filter for cleaning. **NOTE:** Although you will not need to remove the filter after every use, you should periodically remove it for cleaning.



With the inverted cover on the counter, rest a table knife on the rim of the cover and insert the tip into one of the filter slots; lift the filter up (Fig. D).

2. Lift the cooking rack and removable cooking pot out of the cooker body.

3. Remove all packaging materials. Then clean the cooker cover with a damp, soapy cloth. **Do NOT immerse the cooker cover in water.**

Wash the sealing ring plate, sealing ring, vent filter, cooking rack, and removable cooking pot in warm, soapy water. Rinse and dry thoroughly.

**CAUTION!** To prevent electrical shock, never pour water into the cooker body or immerse it or the power cord in water. Always be sure the cooking pot is COMPLETELY DRY before placing it back in the cooker body.

## COOKER PARTS



4. After cleaning, reassemble the cover. When reattaching the vent filter, be sure the filter is placed over all 3 clips (Fig E). Then push it in place. You will hear a snap when it is in the proper position. It should fit tightly. Next, reattach the sealing ring to the plate and then the sealing ring plate to the cover. **IMPORTANT:** When properly positioned, the grip pin will be facing you (Fig C, page 3). Grasp the grip pin and use it to push the plate back in place. Check that the grommet is securely positioned over the cover post.



Fig. E

Clips

## IMPORTANT INFORMATION

In order for the unit to function properly, **always** follow these instructions:



Heating plate

Fig. F

- Be sure the bottom of the removable cooking pot and the heating plate within the cooker body (Fig. F) are free of debris before placing the cooking pot in the cooker body.
  **CAUTION!** To prevent electrical shock, NEVER USE THE UNIT WITHOUT THE REMOVABLE COOKING POT. Also, be sure the outside of the cooking pot is COMPLETELY DRY before placing it into the cooker body.
- Check both the vent pipe and vent filter to be sure they are clear. In order to do this, you will need to remove the quick pressure release valve (Fig. G) and sealing ring plate (Fig C) from the cover (see page 3). Then hold the cover up to the light and make sure you can see light coming through the vent pipe. If you cannot, remove the vent filter (see page 3) and clean the vent pipe with a small brush or pipe cleaner to remove the blockage. Reattach the sealing ring plate to the cover.



Quick pressure release valve

Vent pipe

Fig. G

- Always verify that the sealing ring plate is attached to the pressure cooker cover before cooking.
- Make sure you have not overfilled the cooking pot. Do not fill above the ⅔ fill line when cooking most foods. When cooking foods that foam, froth, or expand, such as rice, grains, dry beans, peas, and lentils, or foods that are mostly liquids, such as soups, never fill the cooking pot above the ½ fill line.
  For your convenience, both the ⅔ and ½ fill lines are marked inside of the cooking pot (Fig. H). In addition, in each section of the recipes you will find instructions on the maximum fill level for each type of food.



− ⅔ line
− ½ line

Fig. H

- Always make sure cooking liquid has been added to the cooking pot. One cup of liquid is the minimum amount.
- Always follow special procedures found in the instruction book when pressure cooking dry beans, peas, and lentils (see page 18). During cooking, these foods tend to froth and foam which could cause the vent pipe to become blocked.
- Never pressure cook applesauce, cranberries, rhubarb, cereals, pasta, split peas, and dried soup mixes. These foods expand so much as a result of foaming and frothing that they should never be cooked under pressure.
- Always follow the special procedures found on page 20 when pressure cooking rice and grains.
- Do NOT use the quick pressure release method after cooking dry beans, peas, lentils, grains, or foods that are mostly liquid, such as soup, sauces, and stews (see page 4).
- Always verify that the blue air vent/cover lock is down before attempting to open the cooker (see Fig. M, page 6). If it is up, the cooker contains pressure which, if released, may result in burns and/or property damage. Then check that no steam is emitted when the pressure release valve is rotated to the *STEAM OUT* position.
- **WARNING!** Air bubbles may form when pressure cooking foods with a higher fat content (such as meats with visible fat or poultry with skin and visible fat) or thicker foods (such as stews, sauces, heavy soups, dried beans, lentils, and grains such as rice and barley). Even after all pressure has been released, those air bubbles can rise to the surface when the cover is opened, unless they are dispersed beforehand. If the air bubbles are not dispersed, hot food may erupt out of the cooker, which could cause serious burn injuries. To disperse the air bubbles follow these steps: First, verify the pressure has been released (the blue air vent/cover lock will be in the down position). Next, prior to opening the cover, gently rock the cooker from side to side. To rock, grasp the handles and tilt the cooker to the left, so the right side of the cooker lifts 2 inches off the counter. Then rock to the right so the left side of the cooker lifts 2 inches off the counter (Fig. I). Repeat once. Verify the air vent/cover lock is still down before attempting to open the cover.



Fig. I

Rock the cooker from side to side to disperse air bubbles.

# HOW TO OPERATE THE DIGITAL CONTROL PANEL

Whenever you plug in the unit, it will beep once and four red dashes will appear in the display window on the digital control panel (Fig. J). The following information describes the control panel buttons and their function.

Scrolling digit

Display window

The left digit in the display window will scroll in a clockwise pattern during initial heatup and throughout timed cooking. It will not scroll during the keep warm mode or after the unit shuts off.

**Fig. J**

## KEEP WARM/CANCEL BUTTON

When the cooking time has expired, the unit will automatically switch to the keep warm mode. When in the keep warm mode, the light on the *KEEP WARM* button will illuminate and the red dashes will scroll continuously. The unit will remain on for 4 hours and then shut off automatically, unless the *CANCEL* button is pressed.

The *CANCEL* button allows you to cancel the cooking or keep warm function at any time. Simply press the *CANCEL* button *once*. When you press *CANCEL*, the light on the button will go out and the four red dashes will stop scrolling.

## BROWN/SAUTÉ BUTTON

Use this function to brown or sauté foods prior to pressure cooking or slow cooking. Browning is typically used for meats and poultry. Sautéing is used for vegetables and to reduce liquid after pressure cooking to make a flavorful sauce for your food.

Press the button once to brown and twice to sauté. The red light next to the function selected will light up and the left digit will scroll continuously. Allow unit to preheat for 3 to 4 minutes before browning or sautéing your food.

## SLOW COOK BUTTON

To slow cook foods, press the *SLOW COOK* button once for the high setting or twice for the low setting. The red light next to the function selected will light up. The default cook time is 4 hours on high and 8 hours on low. You can manually adjust the slow cooking time in 30 minute increments by pressing the + or – buttons. You must do this within the first 6 seconds of pressing the *SLOW COOK* button, before the unit begins to heat.

The maximum slow cooking time at both the high and low settings is 9 hours and 30 minutes and the minimum slow cooking time is 30 minutes. The left digit scrolls continuously throughout slow cooking but stops in the keep warm mode.

## PRESSURE COOKING PRESET BUTTONS

The digital control panel includes 12 pressure cooking presets. Each pressure cooking preset button has 2 cooking functions. To select the top cooking function, press the button once. To select the bottom cooking function, press the button twice. The red light next to the selected cooking function will be illuminated. In addition, either the high or low pressure light will be illuminated; this will depend on the food you have selected. (When *FISH* or *VEGETABLES–LOW* is selected, the red light next to *LOW* pressure will be illuminated; when selecting any other food, the red light next to *HIGH* pressure will be illuminated.)

The preset cook time for the food you have selected will appear in the display window. The default time will blink 6 times and then the digit on the far left will start to scroll as the unit begins heating.

| PRESET BUTTON | PRESET TIME | PRESET PRESSURE |
|---|---|---|
| Rice | 10 minutes | HIGH |
| Multigrain | 25 minutes | HIGH |
| Meat–Chop/Rib | 25 minutes | HIGH |
| Meat–Roast | 45 minutes | HIGH |
| Poultry | 10 minutes | HIGH |
| Fish | 2 minutes | LOW |
| Soup | 15 minutes | HIGH |
| Stew | 12 minutes | HIGH |
| Vegetables–High | 10 minutes | HIGH |
| Vegetables–Low* | 0 minutes | LOW |
| Desserts | 10 minutes | HIGH |
| Beans | 8 minutes | HIGH |

*NOTE: When vegetables are cooked 0 minutes, once pressure is reached, the unit will stop heating.

Because of the great variety of foods within a food grouping, the preset time may need to be adjusted manually. This is easily done by pressing the + or – buttons immediately after pressing the cook function button. You must do this within the first 6 seconds of pressing the cook function button, before the unit begins to heat. **NOTE:** If you fail to change the time, press *CANCEL* and try again. Use the cooking charts in the recipe section as a guide for recommended cooking times.

For all pressure cooking preset buttons, the maximum cooking time is 2 hours and the minimum cooking time is 0 minutes.

**NOTE:** While pressure is building, the time will not change. The unit begins counting down when the correct pressure is reached for the food selected.

### PRESSURE BUTTON

If you prefer to manually set the pressure, instead of using the preset buttons, simply press the *PRESSURE* button once for the low setting or twice for the high setting. The red light next to the selected pressure will be illuminated. The default cook time is 30 minutes for low and 15 minutes for high. Adjust the cook time, if desired, by pressing the + or – buttons immediately after pressing the *PRESSURE* button. **NOTE:** You must adjust the time within the first 6 seconds, before the unit begins to heat. If you accidentally press the wrong setting or time, simply press *CANCEL* and reset the cooker.

High pressure is suitable for most foods. Use low pressure for delicate foods such as fish and some vegetables.

## HOW TO USE FOR PRESSURE COOKING

Before you begin cooking, review the "Important Information" instructions on page 4 and always verify that the unit is properly assembled.

1. Place the pressure cooker on a dry, level surface. To avoid steam damage to cabinets, position the cooker so the air vent/cover lock and quick pressure release valve are not directly under cabinets.

2. Place the removable cooking pot into the cooker body. NEVER USE THE UNIT WITHOUT THE REMOVABLE COOKING POT.

3. Attach power cord to cooker and then plug into a 120VAC wall outlet.

4. Prepare ingredients according to the directions in the recipe you have selected.

    If the recipe states to brown or sauté food, press the *BROWN/SAUTÉ* button (see page 5), preheat unit for 3 to 4 minutes, and brown or sauté food according to recipe. When browning/sautéing is complete, press the *CANCEL* button once so you can select another cooking function.

5. If recipe calls for using the cooking rack, place cooking rack into the cooking pot. See "Helpful Hints" on pages 8 and 9 for guidance on when to use rack.

    Add ingredients to the cooking pot, being sure not to overfill (see page 4 for information on filling).



Fig. K

6. Pour liquid into the cooking pot, as specified in the recipe or timetable.

7. Place the cover on the cooker body, aligning the *INSTALL/REMOVE* vertical mark within the ⊔ mark on the cooker body (Fig. B, page 3). Rotate the cover clockwise until it stops. The pressure cooker is completely closed when the *LOCKED* vertical mark is within the ⊔ mark on the cooker body (Fig. K).

8. Push the quick pressure release valve onto the vent pipe and point the lever to the **COOK** position (Fig. L). **NOTE:** The valve will fit loosely on the vent pipe.

9. Select the appropriate preset button on the control panel for the type of food you are cooking. Adjust the cooking time as necessary (see pages 5 and 6). Or, if preferred, select *PRESSURE* and manually set the cooker (see above).

    As the unit is heating, air will automatically exhaust around the air vent/cover lock. You will hear this venting. When pressure begins to build, the blue air vent/cover lock will slide up (Fig. L), locking the cover on. Once the unit is at pressure, the timer will start to count down. During cooking you may notice some steam releasing from the quick pressure release valve. This is normal. **NOTE:** It is also normal for the heat to cycle on and off during cooking to control the pressure in the cooker.



Fig. L

Blue air vent/cover lock in up position. Pressure in unit

Cook position

10. When the cook time has expired, the unit will beep 10 times and automatically switch to the keep warm mode.

11. Reduce pressure according to the recipe or timetable instructions (quick pressure release or drop pressure of its own accord). See instructions on page 7 for releasing pressure.

    Do not open the cooker until all internal pressure has been released. **You will know the pressure is completely reduced when the blue air vent/cover lock drops and no steam is emitted when the pressure release valve is in the steam out position** (Fig. M).

Fig. M

Blue air vent/cover lock in down position. No pressure in unit.

Steam out position

**WARNING!** Never attempt to open the cooker when the blue air vent/cover lock is up. Doing so could result in severe burns and/or property damage from the release of pressurized contents.

**Next, if cooking thicker or higher fat foods as described on page 4, rock the cooker from side to side as illustrated on page 4 to ensure all air bubbles are dispersed. Verify the air vent/cover lock is still down before attempting to open the cover.**

12. After pressure is completely reduced and potential air bubbles dispersed, carefully remove the cover. Rotate counterclockwise until the *INSTALL/REMOVE* vertical mark is within the ⊔ mark on the cooker body. Lift cover straight up and, while still holding the cover over the cooker, angle it 90 degrees so residual liquid drips into the pot. Place cover upside down on counter. **CAUTION!** Steam may escape and hot liquid may drip from the cooker cover when removing it. Steam and hot liquid can cause burns.

13. Remove food from cooker using a heat-resistant plastic, nylon, rubber, or wooden utensil. Do not use metal utensils as they may scratch the nonstick surface.

14. When cooking is complete, unplug power cord from wall outlet and then from pressure cooker. Allow cooker to cool completely before cleaning.

## PRESSURE RELEASE METHODS

1. **Quick Pressure Release.** This method is used when cooking vegetables, seafood, and other delicate foods.
   **WARNING!** To prevent the risk of severe personal injury and property damage, do NOT use the quick pressure release method after cooking dry beans, peas, lentils, grains, or foods that are mostly liquid, such as soup, sauces, and stews.

   When cooking time is up, press the *CANCEL* button once and immediately move the valve lever to the *STEAM OUT* position (Fig. M, page 6). You will hear sputtering and steam will release for approximately 2 to 3 minutes. **Pressure is completely reduced when the blue air vent/cover lock has dropped** (Fig. M, page 6).

   **CAUTION!** To prevent steam burns, keep hands and face away from the top of the pressure cooker as pressure is being released.

2. **Let pressure drop of its own accord.** This method is used when cooking foods such as meats, soups, and grains.

   When cooking time is up, keep the quick pressure release valve in the *COOK* position. **Let the pressure cooker cool until the blue air vent/cover lock drops. Then move the pressure release valve to the *STEAM OUT* position.**

   **NOTE:** If desired, the food may be left in the cooker, which automatically switches to the keep warm mode. Prior to opening the cooker, be sure to disperse any air bubbles by rocking it from side to side (see instructions on page 4).

## HOW TO USE FOR SLOW COOKING

1. Follow steps 1 through 7 of the "How to Use for Pressure Cooking" instructions on page 6

2. Push the quick pressure release valve onto the vent pipe. **IMPORTANT:** Point the lever to the *STEAM OUT* position.

3. Press the *SLOW COOK* button once for the high setting or twice for the low setting. The red light next to the function selected will light up. Adjust the slow cooking default time, if desired, by pressing the + or – buttons. The left digit will scroll throughout slow cooking.

4. When the cook time has expired, the unit will beep 10 times and automatically switch to the keep warm mode. The left digit will stop scrolling.

5. Press the *CANCEL* button once and carefully remove the cover. Rotate counterclockwise until the *INSTALL/REMOVE* vertical mark is within the ⊔ mark on the cooker body. Lift cover straight up and, while still holding the cover over the cooker, angle it 90 degrees so residual liquid drips into the pot. Place cover upside down on counter.

   **CAUTION!** Steam may escape and hot liquid may drip from the cooker cover when removing it. Steam and hot liquid can cause burns.

6. Remove food from cooker. Use a heat-resistant plastic, nylon, rubber, or wooden utensil. Do not use metal utensils as they may scratch the nonstick surface.

7. When cooking/keep warm are complete, unplug power cord from wall outlet and then from pressure cooker. Allow cooker to cool completely before cleaning.

## CLEANING

**After every use**

1. Unplug power cord from wall outlet and then from pressure cooker. Allow cooker to cool completely before cleaning.

2. After each use, remove the quick pressure release valve from the cover. Then detach the sealing ring plate from the cover by pulling the grip pin (Fig. C, page 3). Remove the sealing ring from the plate. Do not remove the center grommet on the sealing ring plate.

   If the vent filter appears dirty or contains debris, remove it from the underside of the cover, following the instructions on page 3.

3. Clean the cooker cover with a damp, soapy cloth and then dry completely. **Do NOT immerse the cooker cover in water.**

Wash the sealing ring, sealing ring plate, and vent filter in warm, soapy water. Do NOT wash these parts in the dishwasher. **Thoroughly dry all cover parts after cleaning.**

4. To be sure the vent pipe is clear, hold the cover up to the light and look through the vent pipe. Clean it with a small brush or pipe cleaner if it is blocked or partially blocked. If necessary, clean the vent filter with a small brush to remove any food particles from the slots and holes. Rinse and dry all parts thoroughly and reassemble.

5. Wash the cooking rack in warm, soapy water. Do NOT wash in the dishwasher.

6. Remove the cooking pot from the cooker body. Wash the pot in warm water and a mild detergent. The cooking pot may also be washed in the dishwasher.

The nonstick surface may be cleaned with a non-metal cleaning pad, such as Scotch-Brite* Multi-Purpose Scrub Sponge or Scotch-Brite* Dobie* Cleaning Pad **Do not use steel wool or abrasive cleaners on the cooking pot or the cooker body.** Soaking the cooking pot to loosen food residue is not necessary. If, however, soaking the pot is desired, do not soak for more than 2 hours. Soaking the pot for more than 2 hours may damage the nonstick finish.

**CAUTION!** To prevent electrical shock, never pour water into the cooker body or immerse it or the power cord in water. Always be sure the pot is COMPLETELY DRY before placing it back in the cooker body.

7. Clean the plastic rim of the cooker body with a damp cloth. Avoid getting water inside of the cooker body.

**Occasionally**

1. Remove the air vent/cover lock for cleaning. Place your finger over the air vent/cover lock hole in the top of the cover (Fig. N) and remove the gasket from the underside of the cover (Fig. O). Push the air vent/cover lock through the top of the cover. Wash it and the gasket in warm, soapy water. The metal shaft may be cleaned with a nylon mesh pad. Clean the cover hole with a small brush. After cleaning, reinsert the metal shaft from the top side of the cover down through the cover hole. Place a finger over the hole and push the gasket onto the end of the metal shaft until it snaps into the groove.



Fig. N — Air vent/cover lock hole

2. Wipe the outside of the cooker body with a damp cloth.



Fig. O — Gasket

## CARE AND MAINTENANCE

● When not in use, store your pressure cooker in a dry place. To prevent unpleasant odors from lingering, store the unit with the cover inverted on the cooker body.

● As is the case with all cookware, avoid chopping or cutting food inside the cooking pot with a knife or other sharp utensil. Do not use metal utensils as they may scratch the nonstick surface.

● Do not strike the rim of the cooking pot with any cooking utensil. This could cause nicks in the rim which may allow steam to escape and prevent the pressure cooker from sealing.

● The sealing ring and gasket for the air vent/cover lock may shrink, become hard, deformed, cracked, or torn with normal use. When this happens, replace the sealing ring and/or the air vent/cover lock gasket.

Leakage between the cover and cooker body is usually caused by deterioration of the sealing ring after prolonged use.

● Periodically check the vent pipe nut for looseness. If necessary, retighten with a ½″ wrench.

● If for any reason the pressure cooker cannot be opened, contact the Consumer Service Department in Eau Claire, WI at 1-800-877-0441.

● Any maintenance required for this product, other than normal household care and cleaning, should be performed by the Presto Factory Service Department (see page 24).

## HELPFUL HINTS

● Your favorite recipes may be adjusted for cooking in the pressure cooker by following the general directions in this manual. Use the included timetables and recipes as a guide for specific foods and cooking times. There is very little evaporation during pressure cooking, so the amount of liquid used should be decreased. A minimum of 1 cup of water or cooking liquid should always be used for pressure cooking.

Of course, the easiest way to adapt your favorite conventional recipe is to find a similar recipe for pressure cooking in this book and use it as a guide.

● Use the cooking rack when it is desirable to cook foods out of the cooking liquid. When foods are pressure cooked out of the

*Scotch-Brite and Dobie are registered trademarks of 3M Company. Presto is not affiliated with 3M Company.

liquid, flavors will not intermingle. Therefore, it is possible to cook several foods at once, as long as they have similar cooking times. If it is desirable to blend flavors, do not use the cooking rack.

- Many different cooking liquids can be used in a pressure cooker. Wine, beer, broth, fruit juices, and of course water all make excellent cooking liquids in the pressure cooker.

- If a recipe says to cook 0 minutes, simply press the *VEGETABLES–LOW* button. Unit will beep 10 times as soon as pressure is reached. Use the quick pressure release method immediately after pressure cooker reaches cooking pressure.

- It is the size and shape of the food pieces, rather than the quantity, that affects pressure cooking time. For example, 1 potato will have the same cooking time as 6 potatoes of similar size. It is important to note the size of the food specified in the cooking time-tables; if the pieces of food being cooked are of a size different than those noted, it will be necessary to adjust the cooking time.

- When pressure cooking at high altitudes, the cooking time needs to be increased 5% for every 1,000 feet above the first 2,000 feet. Following this rule, the times should be increased as follows:

  3,000 ft. ... 5%      5,000 ft. ... 15%      7,000 ft. ... 25%      4,000 ft. ... 10%      6,000 ft. ... 20%      8,000 ft. ... 30%

- If you have any questions on recipes, cooking times, or the operation of your pressure cooker, call our Test Kitchen at 1-800-368-2194 or contact us at our website www.GoPresto.com.

## QUESTIONS AND ANSWERS

**1. Sometimes when pressure cooking, I notice beads of moisture forming in the area of the pressure release valve. I also sometimes hear what sounds like escaping steam prior to the point in time that the timer begins to count down. Is there something I am doing wrong?**

No. Both are normal and can be expected as part of pressure cooking.

**2. I pressed the wrong button by accident and the cooker is not allowing me to press the right one. What can I do?**

Press *CANCEL*. This will enable you to start over and press the correct button.

**3. When I tried to adjust the time, it did not change. What am I doing wrong?**

You did not adjust the time within the first 6 seconds. Press *CANCEL* and begin again by choosing the desired setting and adjusting the time as needed.

**4. I can see steam escaping from around the cover. Why?**

You forgot to put the sealing ring on the sealing plate or you forgot to install the sealing ring plate in the cooker cover.

***NOTICE:*** If either of these parts are not in place during cooking, the cooker will leak, pressure will not build, and you may damage the unit.

Leakage may also occur if the sealing ring needs to be replaced. The sealing ring may shrink, become hard, deformed, cracked, or torn with normal use. When this happens, replace the sealing ring before using the unit again for pressure cooking.

**5. Sometimes when I'm pressure cooking foods such as a roast, the time doesn't change. Why?**

The pressure cooker has not reached operating pressure. Countdown will begin as soon as the cooker reaches operating pressure.

**6. I can hear steam venting from the quick pressure release valve and pressure is not building. Why?**

You have the quick pressure release valve in the *STEAM OUT* position. The quick pressure release valve must be in the *COOK* position in order for pressure to build and the cooker to seal.

**7. Occasionally the cover is hard to open. What causes this? What should I do?**

If the cover seems difficult to open, there may still be pressure in the cooker. **Be sure the air vent/cover lock has dropped before trying to open the cooker.**

If the cover rotates but it seems to catch on the rim of the body, you are not lifting the cover straight up off the cooker body.

**8. What does it mean when E3 appears in the display window and the unit stops working?**

The cooker has overheated. You likely operated the unit in pressure cooking mode with insufficient or no liquid. If this occurs, unplug the unit and allow it to cool. Then remove the cover and add liquid to the cooker. Plug the unit back in, place the cover on, and reprogram the cooker.

**9. Sometimes my food is not completely done after the recommended cooking time. When I try to put the cover back on the cooker, so I can cook it longer, the cover will not close. How can I get the cover closed?**

Allow the pressure cooker to cool slightly. When the cooker is still hot, the air vent/cover lock will lift, preventing you from closing the cover. Before placing the cover back on, be sure the quick pressure release valve is in the *STEAM OUT* position. Once the cover is closed, move the lever to the *COOK* position.

**10. What can be done if the food prepared in the pressure cooker has more liquid than desired?**

With the cover removed, press *SAUTÉ* and allow the excess liquid to evaporate. Next time you prepare the same recipe, you may want to use less liquid.

**11. I believe I am thoroughly cleaning my cooker, but sometimes I notice the odor of my last meal remains in the cooker. Is there something I am doing wrong?**

The sealing ring is made of silicone. Silicone has many wonderful properties but it does tend to retain odors. Over time, the odor will dissipate.

**12. What does it mean when E1, E2, E4, or E5 appear in the display window and the unit stops working?**

This means something internally has become damaged, been tampered with, or is defective. The unit will be inoperable if you get one of these codes. You should unplug the unit and contact our Consumer Service Department. Call weekdays 8:00 AM to 4:00 PM (Central Time) at 1-800-877-0441 or email us through our website at www.GoPresto.com/contact.

## PRESSURE COOKING RECIPES

### *Soups and Stews*

This pressure cooker is perfect for preparing delicious soups and stews. Included are a few favorite recipes. If you have a favorite recipe of your own, try it using one of the recipes in this book as your guide. If adding dry beans and peas, they first must be soaked according to the directions on page 18.

**CAUTION!** Do not pressure cook soups containing barley, rice, pasta, grains, split peas, and dried soup mixes because they have a tendency to foam, froth, and sputter and could block the vent pipe. These foods should be added to the soup AFTER pressure cooking.

**FOR SOUPS AND STEWS, DO NOT FILL COOKING POT OVER ½ FULL!**

#### Classic Chicken Soup

| | |
|---|---|
| 1½ | **pounds bone-in chicken breasts, skinned** |
| 1 | **cup celery, cut into 2-inch pieces** |
| 1 | **cup coarsely chopped onion** |
| 3 | **cloves garlic, halved** |
| 1 | **teaspoon dried thyme** |
| ¾ | **teaspoon salt** |
| ½ | **teaspoon black pepper** |
| 4 | **cups water** |
| | • • • • • • |
| 1½ | **cups sliced carrots** |
| 1 | **cup sliced celery** |
| 2 | **green onions, thinly sliced** |

Add chicken, celery, onion, garlic, thyme, salt, pepper, and water to cooking pot. Close cover. Place quick pressure release valve on vent pipe. Press *SOUP* and then adjust time to 10 minutes.

When time is up, allow pressure to drop of its own accord.

Remove chicken to a cutting board and allow to cool. Strain stock by pouring through a large sieve; discard solids. Return stock to cooking pot; add carrots and celery. Press *CANCEL*. Close cover. Place quick pressure release valve on vent pipe. Press *VEGETABLES–HIGH* and then adjust time to 3 minutes.

Meanwhile, remove chicken from bones and cut into bite-size pieces.

When cooking time is up, quickly release pressure.

Return chicken to cooking pot and add onions; allow to heat through.

*7 servings*

#### Hearty Vegetable Beef Soup

| | |
|---|---|
| 1 | **pound beef stew meat, cut into 1-inch cubes** |
| 1 | **tablespoon vegetable oil** |
| 2 | **cups beef broth** |
| 1 | **can (14½ ounces) diced tomatoes, undrained** |
| 2 | **cups chopped cabbage** |
| 1½ | **cups sliced carrots** |
| 1 | **cup sliced celery** |
| 1 | **cup frozen whole kernel corn** |
| ½ | **cup chopped onion** |
| 1 | **teaspoon dried oregano** |
| ½ | **teaspoon dried thyme** |
| ½ | **teaspoon black pepper, coarsely ground** |
| | **Salt** |

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add oil; brown one-half pound of beef at a time, removing each batch from pot when done. Press *CANCEL*. Return all beef, including juices, to cooker. Add broth, tomatoes, cabbage, carrots, celery, corn, onion, oregano, thyme, and pepper. Close cover. Place quick pressure release valve on vent pipe. Press *SOUP* and then adjust time to 12 minutes.

When time is up, allow pressure to drop of its own accord.

Season to taste with salt.

*8 servings*

## Tuscan Bean Soup

| | |
|---|---|
| 1 | **cup dry Great Northern beans** |
| ½ | **tablespoon olive oil** |
| 1 | **cup chopped onion** |
| 2 | **large garlic cloves, minced** |
| 5 | **cups chicken broth** |
| 2 | **cups kale, coarsely chopped** |
| 1 | **cup sliced carrots** |
| ½ | **teaspoon dried rosemary** |
| ¼ | **teaspoon dried thyme** |
| ¼ | **teaspoon black pepper** |
| | • • • • • • • |
| 2 | **tablespoons tomato paste** |
| | **Salt** |

Soak beans according to instructions on page 18.

With cooking pot in cooker body, press *SAUTÉ* and preheat cooker. Add oil, onion, and garlic. Sauté until onions are translucent. Press *CANCEL*. Add drained beans, broth, kale, carrots, rosemary, thyme, and pepper. Close cover. Place quick pressure release valve on vent pipe. Press *BEANS*.

When time is up, allow pressure to drop of its own accord.

Stir in tomato paste until well blended. Season to taste with salt.

*7 servings*

## Traditional Beef Stew

| | |
|---|---|
| 2 | **slices thick-sliced bacon, diced** |
| ⅓ | **cup all-purpose flour** |
| 1 | **teaspoon salt, divided** |
| 1½ | **pounds beef stew meat, cut into 1-inch cubes** |
| 2 | **cups beef broth** |
| 1 | **cup chopped onion** |
| 1 | **cup sliced fresh mushrooms** |
| 1 | **cup sliced carrot** |
| ½ | **pound small red potatoes** |
| 1 | **large clove garlic, minced** |
| 2 | **tablespoons tomato paste** |
| ¾ | **teaspoon dried thyme** |
| 1 | **bay leaf** |

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add bacon; fry until crisp. Remove bacon from cooker, leaving drippings in pot. Combine flour and ½ teaspoon of the salt in a large bowl. Add beef and toss to coat; shake off excess flour mixture. Brown one-third of beef at a time, removing each batch from pot when done. Press *CANCEL*. Return all beef, including juices, and bacon to cooker. Add broth, onion, mushrooms, carrot, potatoes, garlic, tomato paste, thyme, and bay leaf. Close cover. Place quick pressure release valve on vent pipe. Press *STEW* and then adjust time to 10 minutes.

When time is up, allow pressure to drop of its own accord.

*6 servings*

## Chicken and White Bean Chili

| | |
|---|---|
| 1 | **cup dry Great Northern beans** |
| 1 | **tablespoon olive oil** |
| ½ | **cup chopped onion** |
| ½ | **cup sliced carrot** |
| 2 | **cloves garlic, minced** |
| ½–1 | **jalapeño pepper, seeded, deveined, minced** |
| 2 | **teaspoons chili powder** |
| 1 | **teaspoon dried oregano** |
| ¼ | **teaspoon ground allspice** |
| 4 | **cups chicken broth** |
| 1 | **pound boneless, skinless chicken breasts, cut into ¾-inch pieces** |
| 1½ | **teaspoons packed brown sugar** |
| 1 | **teaspoon white wine vinegar** |
| | • • • • • • • |
| | **Salt and pepper** |

Soak beans according to instructions on page 18.

With cooking pot in cooker body, press *SAUTÉ* and preheat cooker. Add oil, onion, carrot, garlic, jalapeño, chili powder, oregano, and allspice. Sauté for 2 minutes. Press *CANCEL*. Stir in drained beans, broth, chicken, brown sugar, and vinegar. Close cover. Place quick pressure release valve on vent pipe. Press *BEANS*.

When time is up, allow pressure to drop of its own accord.

Season to taste with salt and pepper.

*4 servings*

## *Fish and Seafood*

Fish and seafood are the basis of some of the healthiest and most nutritious meals you can make. Steaming them in the pressure cooker brings out their finest, fullest flavors.

Fish and seafood cook very quickly under pressure, and the cooking time required is directly related to the thickness of the seafood. To prevent overcooking, do not cook fish or seafood that is less than ¾ inch thick. For fish or seafood more than 1 inch thick, cook for the suggested time in the timetable below and then allow the cover to remain on the pressure cooker for another minute after the air vent/cover lock has dropped.

### FOR FISH AND SEAFOOD, DO NOT FILL COOKING POT OVER ⅔ FULL!

### Fish and Seafood Timetable

**To cook, pour 1 cup of water or other cooking liquid into the cooking pot.**

If using the cooking rack, position it in the cooking pot and then place fish or seafood on the rack. Close cover. Place quick pressure release valve on vent pipe. Press *FISH* and adjust time as necessary.

**To prevent overcooking, use the quick pressure release method after cooking Fish and Seafood.**

| SEAFOOD (Fresh or Thawed) | SIZE | COOKING TIME (Minutes) |
|---|---|---|
| Fish Fillets | 1 inch thick | 0 |
| Salmon Fillets | 1 inch thick | 0–1 |
| Shrimp | Medium to Large (36 to 42 count) | 1 |
| | Jumbo (21 to 25 count) | 2 |
| Tuna Fillets | 1 inch thick | 0–1 |

**NOTE:** When fish and seafood are cooked 0 minutes, once pressure is reached, the unit will stop heating.

### Fish in Salsa Ranchero

**1 tablespoon olive oil**
**1 small onion, chopped**
**½ small orange or yellow pepper, chopped**
**1 clove garlic, minced**
**1 cup water**
**1 pound tomatoes, peeled and chopped**
**1 tablespoon minced fresh parsley**
**1 tablespoon minced fresh cilantro**
**½ teaspoon salt**
**½ teaspoon ground cumin**
**½ teaspoon dried oregano**
**1 pound of cod fillets, 1 inch thick**
  **• • • • • •**
  **Corn or flour tortillas**

With cooking pot in cooker body, press *SAUTÉ* and preheat cooker. Add oil; sauté onion, pepper, and garlic until tender. Press *CANCEL*. Add water, tomatoes, parsley, cilantro, salt, cumin, and oregano. Place cod fillets in sauce. Close cover. Place quick pressure release valve on vent pipe. Press *FISH* and then adjust time to 0 minutes.

When time is up, use quick pressure release method.

Cut 2 or 3 tortillas into thin strips. Stir into mixture. Serve in bowls with additional warm tortillas.

*4 servings*

**Salmon Moutarde**

| 2 | **salmon steaks or fillets, 1 inch thick** |
| 2 | **tablespoons Dijon mustard** |
| 2 | **sprigs fresh thyme** |
| 1 | **tablespoon olive oil** |
| 1 | **small onion, chopped** |
| 1 | **clove garlic, minced** |
| 1 | **cup dry white wine or chicken broth** |
| 1 | **bay leaf** |

• • • • • • •

| 2 | **tablespoons Dijon mustard** |
| 1 | **tablespoon cornstarch** |

Spread each steak with 1 tablespoon mustard. Press 1 thyme sprig into the mustard on each steak.

With cooking pot in cooker body, press *SAUTÉ* and preheat cooker. Add oil; sauté onion and garlic until tender. Press *CANCEL*. Add wine or broth and bay leaf. Place salmon on cooking rack in pot. Close cover. Place quick pressure release valve on vent pipe. Press *FISH* and then adjust time to 1 minute.

When time is up, use quick pressure release method.

Carefully remove salmon and rack. Keep salmon warm. Discard bay leaf. Mix 2 tablespoons mustard with cornstarch. Press *SAUTÉ*. Stir mustard mixture into hot liquid in pot. Heat until sauce boils and thickens, stirring constantly. Serve sauce over salmon.

*2 servings*

## Meat and Poultry

A host of great meals can evolve from meat and poultry when prepared in the pressure cooker. Keep the following tips in mind when pressure cooking meat and poultry.

- Although not necessary, you may want to brown meat and poultry before pressure cooking to add a different flavor and provide color to the finished dish. Browning is easily done in the pressure cooker. Press *BROWN,* allow unit to preheat for 3 to 4 minutes, and brown meat or poultry as desired.

- You may also place meat and poultry on the grill or under the broiler after pressure cooking to give it last minute browning.

- Cooking time, especially for meat, will vary depending on the size and thickness of the cut, the distribution of fat and bone, and the grade and cut of meat. Because of this variability, the timetable below and on next page should be used as a general guide only.

- When cooking larger pieces of meat, such as roasts, keep in mind that thickness rather than weight is the most important factor in determining cooking time. The cooking times found in the meat and poultry timetable are for roasts that are 2 to 3 inches thick. If the roast is thicker than 3 inches, add 5 additional minutes to the cooking time.

- To cook, pour 1 to 1½ cups of water or other liquid into the cooking pot. If using the cooking rack, position it in the cooking pot and then place meat or poultry on rack. Close cover. Place quick pressure release valve on vent pipe. Cook using the *MEAT* or *POULTRY* preset and the time indicated in the timetable below and on the next page. Release pressure as indicated in the timetable.

- If desired, cooking liquid or sauce can be thickened after pressure cooking. Press *SAUTÉ* and allow liquid to simmer for 5 to 10 minutes with the cover removed. Another option is to add a thickening agent to the liquid. Stir 1 to 2 tablespoons of flour or cornstarch into ¼ cup cold water. Press *SAUTÉ* and slowly add this mixture to the hot liquid. Stir and heat to boiling. Allow to boil for 1 minute or until desired consistency.

- Cooking meat and poultry from a frozen state should be reserved only for emergencies and considered only for smaller cuts of meat, such as chops, ribs, and steak. When cooking from frozen, add about 50% more time than indicated in the timetable.

### Meat and Poultry Timetable

With cooking pot in cooker body, press *BROWN* and preheat cooker. Brown meat or poultry. Remove from cooker and press *CANCEL*. Pour liquid into cooking pot. Place meat or poultry on rack in cooker. Close cover securely. Place quick pressure release valve on vent pipe. Press *MEAT* or *POULTRY* and adjust time, if necessary, according to the following timetable.

**FOR MEAT AND POULTRY, DO NOT FILL COOKING POT OVER ⅔ FULL!**

**NO PORTION OF THE MEAT OR POULTRY SHOULD EXTEND
ABOVE THE ⅔ FILL LINE (SEE PAGE 4).**

| MEAT/POULTRY | PRESET BUTTON | COOKING TIME (Minutes) | PRESSURE RELEASE METHOD |
|---|---|---|---|
| **BEEF** | | | |
| Brisket* or Corned Beef (2 to 3 pounds) | *MEAT–ROAST* | 55–65 | Own Accord |
| Chuck Roast  (2½ to 3 pounds) | *MEAT–ROAST* | 45–50 | Own Accord |

*Use lowest time for flat cut brisket. Use longest time for point cut brisket.

| MEAT/POULTRY | PRESET BUTTON | COOKING TIME (Minutes) | PRESSURE RELEASE METHOD |
|---|---|---|---|
| Rump Roast  (2½ to 3 pounds) | *MEAT–ROAST* | 55–65 | Own Accord |
| Oxtail | *MEAT–ROAST* | 45–50 | Own Accord |
| Shank | *MEAT–CHOP/RIB* | 25–30 | Own Accord |
| Short Ribs | *MEAT–CHOP/RIB* | 30 | Own Accord |
| Stew Meat  (1-inch cubes) | *MEAT–CHOP/RIB* | 12–13 | Quick Release |
| **LAMB** | | | |
| Lamb Shoulder Roast (2½ pounds) | *MEAT–ROAST* | 45–50 | Own Accord |
| Stew Meat  (1-inch cubes) | *MEAT–CHOP/RIB* | 6 | Quick Release |
| **POULTRY** | | | |
| Chicken (whole, 2½ to 3 pounds) | *POULTRY* | 22–24 | Own Accord |
| Chicken  (pieces with bone) | *POULTRY* | 10 | Own Accord |
| Chicken Breast  (boneless) | *POULTRY* | 6–7 | Own Accord |
| Cornish Game Hen | *POULTRY* | 12–14 | Own Accord |
| Turkey  (pieces with bone) | *POULTRY* | 13–15 | Own Accord |
| Turkey Breast (boneless, rolled roast, 2 pounds) | *POULTRY* | 36–39 | Own Accord |
| **PORK** | | | |
| Butt Roast  (2½ to 3 pounds) | *MEAT–ROAST* | 60–65 | Own Accord |
| Shoulder Arm Roast (2½ to 3 pounds) | *MEAT–ROAST* | 60–65 | Own Accord |
| Chops, ¾ to 1 inch thick | *MEAT–CHOP/RIB* | 8 | Quick Release |
| Steak, ¾ to 1 inch thick | *MEAT–CHOP/RIB* | 8 | Quick Release |
| Spareribs | *MEAT–CHOP/RIB* | 25 | Quick Release |
| Stew Meat  (1-inch cubes) | *MEAT–CHOP/RIB* | 6 | Quick Release |

## Pot Roast Royale

1   tablespoon vegetable oil
1   2½- to 3-pound boneless beef chuck roast
1   small onion, sliced
1   cup water
1   can (2 ounces) anchovy fillets, drained and chopped
1   tablespoon cider vinegar
1   tablespoon packed brown sugar
9   whole peppercorns
1   bay leaf

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add oil; brown roast on all sides. Remove from cooker and press *CANCEL*. Add onion to pot; press *SAUTÉ* and stir until onion is slightly softened. Remove from pot. Press *CANCEL*. Combine water, anchovies, vinegar, brown sugar, peppercorns, and bay leaf in pot. Place roast on cooking rack in pot. Arrange onions evenly on top of roast. Close cover. Place quick pressure release valve on vent pipe. Press *MEAT–ROAST* and then adjust time to 55 minutes.

When time is up, allow pressure to drop of its own accord.

If desired, press *SAUTÉ* and reduce cooking liquid to make sauce to serve with roast.

*6 to 8 servings*

## Pork Chops with Red Cabbage and Apples

| | |
|---|---|
| 2 | slices bacon, diced |
| 2 | bone-in pork chops, about 1 inch thick |
| ⅓ | cup water |
| 3 | tablespoons balsamic vinegar |
| ¼ | cup packed brown sugar |
| 3 | tablespoons country-style Dijon mustard |
| 1 | teaspoon caraway seeds |
| 2 | cups sliced red cabbage |
| 1 | cup cored, chopped red cooking apple |
| ½ | cup sliced red onion |

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add bacon; fry until crisp. Remove bacon from cooker, leaving drippings in pot. Add pork chops and brown on both sides. Press *CANCEL*. Whisk together water, vinegar, brown sugar, mustard, and caraway seeds in a small bowl. Pour into pot. Return bacon to cooker; add cabbage, apple, and onion. Close cover. Place quick pressure release valve on vent pipe. Press *MEAT–CHOP/RIB* and then adjust time to 8 minutes.

When time is up, use quick pressure release method.

*2 servings*

## Barbecued Spare Ribs

| | |
|---|---|
| 1 | tablespoon dry mustard |
| 1 | tablespoon chili powder |
| ½ | teaspoon cayenne pepper |
| 1 | clove garlic, cut in half |
| 1 | tablespoon vegetable oil |
| 3 | pounds boneless spare ribs* |
| ⅓ | cup water |
| ⅔ | cup ketchup |
| ¼ | cup lemon juice |
| ¼ | cup light molasses |
| ½ | cup chopped onion |
| 1 | teaspoon dried oregano |
| ½ | teaspoon salt |
| ¼ | teaspoon freshly ground black pepper |
| 2 | drops liquid smoke |

Trim excess fat from ribs. Combine mustard, chili powder, and cayenne pepper in a small bowl. Sprinkle over ribs. Rub seasoning into ribs using cut surface of garlic clove.

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add oil; brown ribs on 2 sides. Mince garlic clove and whisk together with water, ketchup, lemon juice, molasses, onion, oregano, salt, pepper, and liquid smoke in a small bowl. Pour over ribs in cooker. Close cover. Place quick pressure release valve on vent pipe. Press *MEAT–CHOP/RIB*.

When time is up, allow pressure to drop of its own accord.

*8 servings*

*Short ribs can be used in place of spare ribs.
For short ribs, press MEAT–CHOP/RIB and adjust time for
30 minutes.*

## California Chicken

| | |
|---|---|
| ½ | tablespoon olive oil |
| 4 | boneless, skinless chicken breasts |
| 3 | cloves garlic, sliced |
| ½ | cup white wine |
| ½ | cup chicken broth |
| ¼ | cup minced, fresh Italian parsley |
| 1 | teaspoon dried rosemary |
| • • • • • • | |
| | Salt and pepper |
| ½ | small lemon, thinly sliced |

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add oil; brown chicken. Press *CANCEL*. Cover chicken with garlic slices. Add wine, broth, parsley, and rosemary. Close cover. Place quick pressure release valve on vent pipe. Press *POULTRY* and then adjust time to 6 minutes.

When time is up, allow pressure to drop of its own accord.

Season to taste with salt and pepper. Garnish with lemon slices.

*4 servings*

### Herbed Chicken Thighs

|   |   |
|---|---|
| ½ | tablespoon olive oil |
| 4 | chicken thighs, skinned |
| ½ | cup chicken broth |
| ⅓ | cup chopped onion |
| ¼ | cup chopped celery leaves |
| 3 | cloves garlic, minced |
| 1 | tablespoon minced, fresh Italian parsley |
| ½ | teaspoon dried oregano |
| ½ | teaspoon dried basil |

• • • • • •

|   |   |
|---|---|
| 3 | tablespoons sliced black olives |
|   | Salt and pepper |

With cooking pot in cooker body, press *BROWN* and pre-heat cooker. Add oil; brown chicken. Press *CANCEL*. Add broth, onion, celery leaves, garlic, parsley, oregano, and basil to pot. Close cover. Place quick pressure release valve on vent pipe. Press *POULTRY.*

When time is up, allow pressure to drop of its own accord.

Remove chicken to a warm dish. Press *SAUTÉ*; add olives to liquid. Simmer for 5 minutes until liquid is reduced. Season to taste with salt and pepper. Serve sauce over chicken.

*4 servings*

## *Vegetables*

Pressure cooking is a preferred method for preparing vegetables. Because of the fast cooking time and super-heated steam, vegetables retain most of their natural color, texture, flavor, and nutrients.

**FOR FRESH VEGETABLES, DO NOT FILL COOKING POT OVER ⅔ FULL!**

### Fresh Vegetable Timetable

When using the following vegetable timetable, cook the vegetables the minimum amount of time indicated if you prefer your vegetables crisp. If you prefer your vegetables soft, cook them the maximum amount of time indicated.

**To prevent overcooking, use the quick pressure release method after cooking vegetables.**

If the timetable says to cook 0 minutes, press the *VEGETABLES–LOW* button. Unit will beep 10 times as soon as pressure is reached. Use the quick pressure release method immediately after pressure cooker reaches cooking pressure.

Quantity of vegetables does not change pressure cooking times. More mature vegetables may require longer pressure cooking times than given in timetable.

**For fresh vegetables, pour 1 cup liquid into cooking pot.** Place vegetables on rack in cooking pot. Close cover securely. Place quick pressure release valve on vent pipe. Press *VEGETABLES–LOW* or *VEGETABLES–HIGH* and adjust time, if necessary, according to the following timetable.

| VEGETABLE | PREPARATION | PRESET PRESSURE | COOKING TIME (Minutes) |
|---|---|---|---|
| Artichoke | Whole, 6 to 8 ounces | HIGH | 11–13 |
| Asparagus | Stems, cut into 1-inch pieces | LOW | 0–1 |
| Beans (green, wax) | Whole or sliced | LOW | 0–1 |
| Beets | Whole, 2½-inch diameter | HIGH | 20–21 |
| Broccoli | Florets | LOW | 0–1 |
| Brussels Sprouts | Small, 1-inch diameter | LOW | 4–5 |
| Cabbage (red, green) | Wedges, 1 inch thick | HIGH | 5–6 |
| | Coarsely shredded | HIGH | 3–4 |
| Carrots | Baby cut | HIGH | 3–5 |
| | ½-inch slices | HIGH | 3–5 |
| Cauliflower | Florets | LOW | 0–3 |
| Collards* | Leaves coarsely chopped, stems thinly sliced | HIGH | 4–6 |

| VEGETABLE | PREPARATION | PRESET PRESSURE | COOKING TIME (Minutes) |
|---|---|---|---|
| Corn-on-the-cob | Whole, 2½-inch diameter | HIGH | 5 |
| Eggplant | Cubed, 1 to 1½ inches thick | LOW | 3–4 |
| | Sliced, ½ inch thick | LOW | 3–4 |
| Kale* | Leaves coarsely chopped, stems thinly sliced | HIGH | 3–5 |
| Parsnips | Sliced, ½ inch thick | LOW | 4–5 |
| Peppers | Whole | HIGH | 2–3 |
| Potatoes (sweet) | Sliced, 1 to 1½ inches thick | HIGH | 8–9 |
| | Sliced, ½ inch thick | HIGH | 5–6 |
| Potatoes (white) | Whole, 2½-inch diameter | HIGH | 20–21 |
| | Whole, 1½-inch diameter | HIGH | 13–14 |
| | Sliced, ¾ inch thick | HIGH | 6–7 |
| | Sliced, ½ inch thick | HIGH | 4 |
| Rutabaga | Cubed or sliced, 1 inch thick | HIGH | 6–8 |
| Spinach | Whole leaves | LOW | 0 |
| Squash, summer (yellow, zucchini) | Sliced, 1 inch thick | LOW | 0–1 |
| Squash, winter (acorn) | Halved | HIGH | 12–14 |
| Squash, winter (buttercup) | Cut into 3- to 4-inch chunks | HIGH | 14–16 |
| Squash, winter (spaghetti) | Halved | HIGH | 15–17 |
| Swiss Chard | Whole leaves | LOW | 3–4 |
| Turnips | Sliced or cubed, ½ inch thick | HIGH | 4–7 |

*Do not use rack; place in cooking liquid. Use 2 cups of water.

**NOTE:** When vegetables are cooked 0 minutes, once pressure is reached, the unit will stop heating.

## Braised Kale with Bacon

3 slices bacon, diced
1 cup chopped onion
2 cups chicken broth
1 bunch kale, about 20 ounces
• • • • • • •
1 tablespoon red wine vinegar
¼ teaspoon black pepper

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add bacon; fry until crisp. Remove bacon from cooker, leaving drippings in pot. Press *CANCEL* and then press *SAUTÉ*. Add onion; sauté until translucent. Press *CANCEL.* Return bacon to pot and add broth and kale. Close cover. Place quick pressure release valve on vent pipe. Press *VEGETABLES–HIGH* and then adjust time to 5 minutes.

When time is up, use quick pressure release method.

Stir in vinegar and pepper.

*4 servings*

17

**Ginger Vinaigrette Beets**

|   |   |
|---|---|
| 6 | **medium beets, 2½-inch diameter** |
| 1 | **cup water** |
|   | • • • • • • |
| ⅓ | **cup red wine vinegar** |
| ¼ | **cup sugar** |
| ½ | **teaspoon ground ginger** |
| ¼ | **teaspoon black pepper** |

Cut tops off beets, leaving at least 2 inches of stems. Scrub beets with soft vegetable brush, being careful to leave skin intact. Pour water into cooking pot. Place beets on cooking rack in pot. Close cover. Place quick pressure release valve on vent pipe. Press *VEGETABLES–HIGH* and then adjust time to 20 minutes.

When time is up, use quick pressure release method.

Remove beets to a cutting board and allow to cool. When beets are cool enough to handle, peel off skins and cut off root end. Cut beets into wedges.

Remove cooking rack and discard all but ½ cup of cooking liquid. Add vinegar and sugar. Press *SAUTÉ* and bring mixture to a boil. Allow to boil for 2 to 3 minutes. Stir in ginger and pepper. Return beet wedges to the cooker and allow to heat through.

*6 to 8 servings*

## Dry Beans, Peas, and Lentils

The pressure cooker is ideal for preparing dry beans, peas, and lentils quickly. However, these foods have a tendency to froth and foam during cooking, which could cause the vent pipe to become blocked. Therefore, it is necessary to follow these procedures:

### SOAKING

Soaking before pressure cooking is strongly recommended for dry beans and peas, except lentils and black-eyed peas. Benefits of soaking include eliminating some of the water soluble starches that produce gas and create froth and foam during cooking, decreasing the cooking time, and producing beans and peas that are more evenly cooked.

Soaking can be done using the traditional or the quick-soak method.

**Traditional method:** Clean and rinse beans and peas; cover with three times as much water as beans or peas. Soak 4 to 8 hours. Drain.

**Quick method:** Clean and rinse beans and peas; cover with three times as much water as beans or peas. Bring beans or peas to a boil and boil for 2 minutes. Remove from heat, cover, and let stand for 1 to 2 hours. Drain.

After soaking, rinse and remove any loose skins.

### COOKING

Place beans, peas, or lentils in cooking pot in cooker body. Cover with fresh water and **add 1 tablespoon vegetable oil** to help minimize the amount of froth and foam during cooking. **The cooking pot should never be more than ½ full with beans, peas, lentils, water, and other ingredients.**

After cooking is complete, **allow pressure to drop of its own accord.**

**FOR DRY BEANS, PEAS, AND LENTILS,
DO NOT FILL COOKING POT OVER ½ FULL!**

### Dry Beans, Peas, and Lentils Timetable

Soak beans and whole peas, according to information on page 18. Lentils and black-eyed peas do not require soaking, **Add 1 tablespoon vegetable oil to cooking liquid. DO NOT COOK SPLIT PEAS.**

Close cover securely. Place quick pressure release valve on vent pipe. Press *BEANS* and adjust time, if necessary, according to the times indicated in the timetable below. After cooking is complete, **allow pressure to drop of its own accord.**

**NOTE:** The timetable is meant to be a guide. Adjust time as necessary to produce beans you and your family prefer.

**FOR DRY BEANS, PEAS, AND LENTILS,
DO NOT FILL COOKING POT OVER ½ FULL!**

| BEANS, PEAS, AND LENTILS | COOKING TIME (Minutes) | BEANS, PEAS, AND LENTILS | COOKING TIME (Minutes) |
|---|---|---|---|
| Black Beans | 6–9 | Chickpeas (garbanzo) | 14–17 |
| Black-Eyed Peas* | 6–9 | Great Northern Beans | 6–9 |

| BEANS, PEAS, AND LENTILS | COOKING TIME (Minutes) |
|---|---|
| Kidney Beans | 5–8 |
| Lentils (brown, green)* | 6–9 |
| Lima Beans (large) | 2–5 |
| Lima Beans (baby) | 5–8 |
| Navy Beans (pea) | 5–8 |

| BEANS, PEAS, AND LENTILS | COOKING TIME (Minutes) |
|---|---|
| Peas (whole yellow, green)** | 13–16 |
| Pinto Beans | 7–10 |
| Red Beans | 7–10 |
| Soy Beans (beige) | 12–15 |

*It is not necessary to soak
**Do not cook split peas.

## Lentil Curry

1   tablespoon vegetable oil
1   cup chopped onion
4½  cups chicken broth
1½  cups lentils
½   tablespoon ground coriander
½   tablespoon curry powder
½   teaspoon ground ginger
1   teaspoon salt

With cooking pot in cooker body, press *SAUTÉ* and preheat pot. Add oil and onion; sauté onion until translucent. Press *CANCEL*. Add broth, lentils, coriander, curry powder, ginger, and salt. Close cover. Place quick pressure release valve on vent pipe. Press *BEANS*.

When time is up, allow pressure to drop of its own accord.

*6 servings*

## Savory White Beans

2   cups Great Northern Beans
3   cups chicken broth
1   cup chopped onion
1   cup sliced carrots
1   tablespoon minced garlic
1   tablespoon extra virgin olive oil
1   small bay leaf
½   teaspoon dried thyme
¼   teaspoon dried rosemary
¼   teaspoon black pepper
• • • • • • •
    Salt

Soak beans according to instructions on page 18.

Add all ingredients except salt to cooking pot. Close cover. Place quick pressure release valve on vent pipe. Press *BEANS*.

When time is up, allow pressure to drop of its own accord.

Season to taste with salt.

*7 servings*

## *Grains*

Grains are an important, but often little recognized, part of a healthy diet. They contribute complex carbohydrates, soluble and insoluble fiber, and other nutrients. Grains are low in fat and can be prepared quickly and conveniently with no soaking required. However, some grains foam and froth during cooking, so the following precautions should be observed.

● Do not cook more than 3 cups of grains at one time. For pearl barley, cook no more than 2 cups at one time.

● After pressure cooking, allow pressure to drop of its own accord.

### Grains Timetable

Combine the desired grain and the amount of liquid (water or broth) indicated in the timetable below in the cooking pot. Close cover. Place quick pressure release valve on vent pipe. Press *RICE* or *MULTIGRAIN* and adjust time as necessary.

Before serving, separate the grains by lifting gently with a fork while steaming. It may be necessary to allow excess moisture to evaporate from some grains. If excessive moisture remains, drain before using grains.

**FOR GRAINS, DO NOT FILL COOKING POT OVER ½ FULL!**

| GRAINS | CUPS OF LIQUID PER CUP OF GRAIN | PRESET BUTTON | COOKING TIME (Minutes) |
|---|---|---|---|
| Amaranth | 2½ | MULTIGRAIN | 4–5 |
| Barley (hull-less) | 2½ | MULTIGRAIN | 25–28 |
| Barley (pearl) | 2½ | MULTIGRAIN | 11–13 |
| Buckwheat | 2½ | MULTIGRAIN | 4–6 |
| Bulgar | 1¾ | MULTIGRAIN | 4–5 |
| Farro | 2 | MULTIGRAIN | 25–28 |
| Millet | 2 | MULTIGRAIN | 9–10 |
| Oats (steel cut) | 2 | MULTIGRAIN | 5–6 |
| Quinoa | 1½ | MULTIGRAIN | 1–2 |
| Rice (brown) | 1½ | RICE | 16–18 |
| Rice (white) | 1½ | RICE | 8–10 |
| Spelt | 2 | MULTIGRAIN | 25–28 |
| Wheat Berries | 2 | MULTIGRAIN | 28–30 |
| Wild Rice | 1½ | MULTIGRAIN | 28–30 |

### Wheat Berry Fruit Salad

**1 cup uncooked wheat berries**
**2 cups water**
**• • • • • •**
**½ cup orange juice (1 large orange)**
**2 teaspoons grated orange zest (1 large orange)**
**¼ cup apple cider vinegar**
**2 tablespoons vegetable oil**
**½ teaspoon ground cinnamon**
**¼ teaspoon salt, or to taste**
**1 small green apple, chopped**
**½ cup dried cranberries**
**½ cup chopped walnuts**

Add wheat berries and water to cooking pot. Close cover. Place quick pressure release valve on vent pipe. Press *MULTI-GRAIN* and then adjust time to 28 minutes.

When time is up, allow pressure to drop of its own accord.

Cool wheat berries to room temperature. If necessary, drain excess liquid.

Whisk together orange juice, orange zest, vinegar, oil, cinnamon, and salt in a small bowl. Pour over cooled wheat berries and toss to coat. Allow to set for 15 minutes. Stir in apple, cranberries, and walnuts.

*9 servings*

### Wild Rice with Raisins and Pecans

| | |
|---|---|
| 1 | tablespoon vegetable oil |
| 1 | medium onion, finely chopped |
| 1½ | cups wild rice |
| 2 | cups beef broth |
| • • • • • • • | |
| ¾ | cup golden raisins |
| ⅓ | cup pecans, toasted |

With cooking pot in cooker body, press *SAUTÉ* and preheat cooker. Add oil and onion; sauté onion until translucent. Press *CANCEL*. Add wild rice and broth. Close cover. Place quick pressure release valve on vent pipe. Press *MULTIGRAIN* and then adjust time to 23 minutes.

When time is up, allow pressure to drop of its own accord.

Stir in raisins and pecans; allow to steam for 5 minutes.

*8 servings*

### Herbed Jasmine Rice

| | |
|---|---|
| 1 | tablespoon butter |
| ¼ | cup chopped onion |
| 1 | cup jasmine rice |
| ¼ | teaspoon dried marjoram |
| ¼ | teaspoon dried thyme |
| ⅛ | teaspoon dried rosemary |
| 1½ | cups chicken broth |
| • • • • • • • | |
| ¼ | cup chopped walnuts |

With cooking pot in cooker body, press *SAUTÉ* and preheat cooker. Add butter and melt. Add onion; sauté until tender. Add rice, marjoram, thyme, and rosemary; stir to coat the rice. Press *CANCEL*; add broth. Close cover. Place quick pressure release valve on vent pipe. Press *RICE*.

When time is up, allow pressure to drop of its own accord.

Stir in walnuts.

*8 servings*

## Desserts

There are some desserts that the pressure cooker does remarkably well: custards, puddings (especially bread pudding), and cheesecake. These desserts may be prepared in oven-safe custard cups, ramekins, or any metal mold or form which will fit loosely in the cooking pot. Fill molds ⅔ full and cover the top securely with aluminum foil. Place the mold or ramekins on the cooking rack in the cooking pot. The pressure cooker will hold up to 6 ramekins, depending on the shape and size. To position more than 3 ramekins in the cooking pot, you will need to place 3 of the ramekins on the cooking rack and then position the remaining ramekins on top of the first layer, making sure to stagger the top layer.

Do not cook applesauce, cranberries, or rhubarb in the pressure cooker.

**FOR DESSERTS, DO NOT FILL COOKING POT OVER ⅔ FULL!**

### Custard

| | |
|---|---|
| 2 | eggs, beaten |
| 3 | tablespoons sugar |
| ½ | teaspoon vanilla extrac |
| ¼ | teaspoon salt |
| 1½ | cups milk |
| 1 | cup water |

Mix eggs, sugar, vanilla, and salt in a medium bowl. Add milk and mix well. Pour ½ cup of the custard mixture into each of four 5-ounce ramekins. Cover the top of each ramekin securely with aluminum foil. Add water and cooking rack to cooking pot. Place 3 of the ramekins on the cooking rack and then place the remaining ramekin in the center on top of the first layer of ramekins. Close cover. Place quick pressure release valve on vent pipe. Press *DESSERTS* and then adjust time to 5 minutes.

When time is up, use quick pressure release method.

Remove ramekins to cool on a wire rack. Refrigerate until chilled.

*4 servings*

### Variations:

**Coconut Custard**
Follow the custard directions above but, before pouring custard mixture into ramekins, place 1 tablespoon of shredded coconut into each of the ramekins.

**Chocolate Custard**
Follow the custard directions, mixing eggs, sugar, vanilla, and salt. Then heat milk and 1 square (1 ounce) of grated baking chocolate just until chocolate is melted. Allow to cool slightly and then add to the egg mixture. Follow the rest of the custard directions.

### Ruby Pears

| | |
|---|---|
| 4 | medium Bosc pears, peeled |
| 1 | bottle (750 ml) dry red wine, such as Cabernet or Merlot* |
| 1 | jar (12 ounces) red currant jelly |
| 1 | small lemon |
| 2 | sprigs fresh rosemary |
| ½ | vanilla bean |
| 4 | whole cloves |
| 4 | whole peppercorns |

*26 ounces of grape juice can be substituted for wine.*

Core pears from the bottom, keeping top and stem intact. Combine wine and jelly in cooking pot. With cooking pot in cooker body, press *SAUTÉ* and heat until jelly is melted. Press *CANCEL*. Peel thin strip of rind and squeeze juice from lemon; add to pot. Add rosemary, vanilla bean, cloves, and peppercorns to the liquid and then place pears in the liquid. Close cover. Place quick pressure release valve on vent pipe. Press *DESSERTS* and then adjust time to 8 to 10 minutes.

When time is up, use quick pressure release method.

Carefully remove pears and place into a deep container. Cover pears with hot wine mixture and allow to cool. Refrigerate for 24 hours.

*4 servings*

### Stuffed Apples

| | |
|---|---|
| ¼ | cup golden raisins |
| ½ | cup dry red wine |
| ¼ | cup chopped nuts |
| 2 | tablespoons sugar |
| ½ | teaspoon grated orange rind |
| ½ | teaspoon ground cinnamon |
| 4 | medium cooking apples |
| 1 | tablespoon butter |
| 1 | cup water |

Soak raisins in wine for at least 30 minutes. Drain, reserving wine. Combine raisins, nuts, sugar, orange rind, and cinnamon in a small bowl. Core apples, cutting to but not through bottoms. Peel top one-third of each apple. Fill each apple center with an equal amount of raisin mixture. Top each with one-fourth of the butter. Place reserved wine, water, and cooking rack in cooking pot. Place apples on cooking rack. Close cover. Place quick pressure release valve on vent pipe. Press *DESSERTS*.

When time is up, allow pressure to drop of its own accord.

*4 servings*

## SLOW COOKING RECIPES

Due to the nature of slow cooking, meat does not brown as it would if cooked in a skillet or oven. It is not necessary to brown meat or poultry before slow cooking, but you may prefer the flavor and appearance of browned meat.

Browning ground beef, bacon, and sausage before slow cooking may be desirable to remove excess fat.

Avoid removing the cover during slow cooking because it will result in significant loss of heat and steam. If you must open the cover to check on cooking progress, do so quickly.

Some dense and crisp vegetables like carrots, potatoes, and turnips take longer to cook than meat, so cut vegetables into smaller pieces when adding to meat dishes.

**IMPORTANT:** When slow cooking, place the quick pressure release valve on the vent pipe in the ***STEAM OUT*** position.

### Southwest Chicken Stew

| | |
|---|---|
| 1¼ | pounds boneless, skinless chicken breasts, cut into 1-inch pieces |
| 1 | tablespoon chili powder |
| 2 | teaspoons cumin |
| ½ | teaspoon salt |
| 1 | medium green pepper, cut into ½-inch pieces |
| 1 | medium red pepper, cut into ½-inch pieces |
| 1 | jalapeño pepper, minced |
| 1 | cup chopped onion |
| 2 | cloves garlic, minced |
| 1 | cup whole kernel corn |
| 1 | can (16 ounces) pinto beans, drained |
| 1 | can (15.5 ounces) stewed tomatoes |
| 1 | cup salsa, desired level of spiciness |
| | • • • • • • |
| | Chopped fresh cilantro |

Place chicken in cooking pot. Sprinkle chili powder, cumin, and salt over chicken; toss to coat. Add peppers, onion, garlic, corn, beans, tomatoes, and salsa. Mix well. Close cover. Place quick pressure release valve on vent pipe. Turn lever to *STEAM OUT* position for slow cooking. Press *SLOW COOK–LOW*. Cook for 2½ to 3½ hours.

Top with cilantro.

*6 servings*

### Chicken Thighs with Wild Rice

| | |
|---|---|
| 1 | tablespoon vegetable oil |
| 6 | boneless, skinless chicken thighs |
| 1 | cup wild rice |
| 1 | cup chopped onion |
| 1 | cup sliced mushrooms |
| 1 | cup sliced carrots |
| ½ | cup chopped celery |
| ¼ | cup chopped pimento |
| ½ | teaspoon dried marjoram |
| ½ | teaspoon dried thyme |
| ½ | teaspoon black pepper |
| 1 | cup slivered almonds, divided |
| 2 | cups chicken broth |
| • • • • • • | |
| | Salt |

With cooking pot in cooker body, press *BROWN* and preheat cooker. Add oil; brown chicken on all sides. Press *CANCEL*. Add wild rice, onion, mushrooms, carrots, celery, pimento, marjoram, thyme, pepper, and ½ cup of the almonds. Pour broth over mixture. Top with remaining almonds. Close cover. Place quick pressure release valve on vent pipe. Turn lever to *STEAM OUT* position for slow cooking. Press *SLOW COOK–HIGH*. Cook for 3½ to 4 hours. Season to taste with salt.

*6 servings*

### Apricot Barbecue Pork Chops

| | |
|---|---|
| ¼ | cup teriyaki sauce |
| ¼ | cup ketchup |
| ¼ | cup apricot preserves |
| 2 | tablespoons cider vinegar |
| 1 | cup chopped onion |
| 2 | tablespoons packed brown sugar |
| ½ | teaspoon crushed red pepper |
| ½ | teaspoon dry mustard |
| ¼ | teaspoon black pepper |
| 4 | boneless pork chops, 1 inch thick |

Combine teriyaki sauce, ketchup, preserves, vinegar, onion, brown sugar, red pepper, mustard, and black pepper in a small bowl. Place pork chops in the cooking pot. Pour barbecue sauce over chops. Close cover. Place quick pressure release valve on vent pipe. Turn lever to *STEAM OUT* position for slow cooking. Press *SLOW COOK–LOW*. Cook for 5 to 7 hours.

*4 servings*

## RECIPE INDEX

### Pressure Cooking

**Soups and Stews**

Chicken and White Bean Chili . . . 11

Classic Chicken Soup . . . . . . . . . 10

Hearty Vegetable Beef Soup. . . . . 10

Traditional Beef Stew. . . . . . . . . . 11

Tuscan Bean Soup . . . . . . . . . . . . 11

**Fish and Seafood**

Fish and Salsa Ranchero. . . . . . . . 12

Fish and Seafood Timetable . . . . . 12

Salmon Moutarde. . . . . . . . . . . . . 13

**Meat and Poultry**

Barbecued Spareribs. . . . . . . . . . . 15

California Chicken . . . . . . . . . . . . 15

Herbed Chicken Thighs . . . . . . . . 16

Meat and Poultry Timetable . . . . . 13

**Meat and Poultry (Contnued)**

Pork Chops with Red Cabbage and Apples . . . . . . . . . . . . . . . . . . 15

Pot Roast Royale . . . . . . . . . . . . . 14

**Vegetables**

Braised Kale with Bacon . . . . . . . 17

Fresh Vegetable Timetable . . . . . . 16

Ginger Vinaigrette Beets . . . . . . . 18

**Dry Beans, Peas, and Lentils**

Dry Beans, Peas, and Lentils Timetable . . . . . . . . . . . . . . . . . . . 18

Lentil Curry . . . . . . . . . . . . . . . . . 19

Savory White Beans. . . . . . . . . . . 19

**Grains**

Herbed Jasmine Rice . . . . . . . . . . 21

Grains Timetable . . . . . . . . . . . . . 20

Wheat Berry Fruit Salad. . . . . . . . 20

**Grains (Continued)**

Wild Rice with Raisins and Pecans. . . . . . . . . . . . . . . . . . . . . . 21

**Desserts**

Chocolate Custard . . . . . . . . . . . . 21

Coconut Custard. . . . . . . . . . . . . . 21

Custard . . . . . . . . . . . . . . . . . . . . . 21

Ruby Pears . . . . . . . . . . . . . . . . . . 22

Stuffed Apples . . . . . . . . . . . . . . . 22

### Slow Cooking

Apricot Barbecue Pork Chops . . . . 23

Chicken Thighs with Wild Rice . . . 23

Southwest Chicken Stew . . . . . . . . 22

## CONSUMER SERVICE INFORMATION

If you have any questions regarding the operation of your Presto® appliance or need parts for your appliance, contact us by any of these methods:

- Call 1-800-877-0441 weekdays 8:00 AM to 4:00 PM (Central Time)
- Email us through our website at www.GoPresto.com/contact
- Write:  National Presto Industries, Inc., Consumer Service Department
  3925 North Hastings Way, Eau Claire, WI 54703-3703

Inquiries will be answered promptly by email, telephone, or letter. When emailing or writing, please include a phone number and a time when you can be reached during weekdays if possible.

When contacting the Consumer Service Department or when ordering replacement parts, please indicate the model and series numbers for the pressure cooker. The model number can be found on the back of the cooker body and the series number can be found on the bottom of the cooker body.

Please record this information:

Model _____     Series _____     Date Purchased _____

The Presto Factory Service Department is equipped to service Presto® appliances and supply genuine Presto™ parts. Genuine Presto™ replacement parts are manufactured to the same exacting quality standards as Presto® appliances and are engineered specifically to function properly with its appliances. Presto can only guarantee the quality and performance of genuine Presto™ parts. "Look-alikes" might not be of the same quality or function in the same manner. To ensure that you are buying genuine Presto™ replacement parts, look for the Presto® trademark.

Canton Sales and Storage Company, Presto Factory Service Department,
555 Matthews Dr., Canton, MS 39046-3251

### Presto® Limited Warranty

***(Applies only in the United States)***

This quality Presto® appliance is designed and built to provide many years of satisfactory performance under normal household use. Presto pledges to the original owner that should there be any defects in material or workmanship during the first year after purchase, we will repair or replace it at our option. Our pledge does not apply to normal wear and tear including scratches, dulling of the polish, or staining; the repair or replacement of moving and/or perishable parts such as the sealing ring, quick pressure release valve, or air vent/cover lock gasket; or for any damage caused by shipping. ***Outside the United States, this limited warranty does not apply.***

To obtain service under the warranty, please call our Consumer Service Department at 1-800-877-0441. If unable to resolve the problem, you will be instructed to send your Presto® appliance to the Presto Factory Service Department for a quality inspection; shipping costs will be your responsibility. When returning an appliance, please include your name, address, phone number, and the date you purchased the appliance as well as a description of the problem you are encountering with the appliance.

We want you to obtain maximum enjoyment from using this Presto® appliance and ask that you read and follow the instructions enclosed. Failure to follow instructions, damage caused by improper replacement parts, abuse, misuse, disassembly, alterations, or neglect will void this pledge. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. This is Presto's personal pledge to you and is being made in place of all other express warranties.

**NATIONAL PRESTO INDUSTRIES, INC.**
**EAU CLAIRE, WI 54703-3703**

Form 76-382D